UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SPOORTHY MADRALLI KAILAS
and MAHADEAVASWAMY
BADANAGUPPE SUBBAPPA,
individually and as Parent and
Natural Guardian of St. D., an
injured minor,

    Plaintiffs,

v.   Case No.:  2:24-cv-202-SPC-NPM

NISSAN MOTOR COMPANY,
LTD., NISSAN NORTH AMERICA,
INC., EVENFLO COMPANY, INC.,
GRACO CHILDREN'S
PRODUCTS, INC. and RACHEL
NICOLE GREMINGER,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiffs' Supplemental Consent Motion to Remand. (Doc. 21).  All Defendants who have appeared consent to remand, so the Court now remands this case to the Twentieth Judicial Circuit in and for Collier County, Florida.

Accordingly, it is now

**ORDERED:**

Plaintiffs' Supplemental Consent Motion to Remand (Doc. 21) is **GRANTED**.

1. This action is **REMANDED** to the Twentieth Judicial Circuit in and for Collier County, Florida.

2. The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Twentieth Judicial Circuit in and for Collier County, Florida.

3. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on April 3, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record